IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAUREN JORDAN,

    Plaintiff,

v.

                            CASE NO: 4:22-cv-00101-MW-MAF

TRULIEVE, INC.,

    Defendant.

_____/

## PLAINTIFF'S INITIAL RULE 26 DISCLOSURES

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff, Lauren Jordan ("Plaintiff"), discloses as follows:

**I.    DISCLOSURES:**

    1.    Pursuant to Rule 26(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff identifies the following individuals and entities as persons who are likely to have discoverable information that Plaintiff may use to support her case.

    Lauren Jordan
    *c/o* Richard E. Johnson
    Knowledge of her claims and allegations.

Christopher Kibler
*c/o* Stearns Weaver Miller, P.A.
Knowledge of Plaintiff's allegations about his behavior, his conduct, the interactions between them, and Plaintiff's job performance.

Alexandra Arrovo
Unknown number
Able to confirm behavior of Christopher Kibler toward Plaintiff.

Anna Durham
850-358-9617 (last known number)
Able to confirm two lunches at Christopher Kibler's house and his inappropriate behavior.

Christina Phillips
850-443-4004 (last known number)
Knowledge of Trulieve's human resources department's investigation of allegations made by Kristin Overman and Lauren Jordan.

Jan Volpi
850-866-5288 (last known number)
Able to confirm Christopher Kibler's lies in attempt of having Plaintiff fired with accusations of stolen product.

Jhakira Russell
*c/o* Stearns Weaver Miller, P.A.
Knowledge of Plaintiff's allegations regarding her interactions with Trulieve's human resources department.

Kristen Overman
850-358-9617 (last known number)
Able to confirm hostile work environment and inappropriate behavior.

Mark Hart
*c/o* Stearns Weaver Miller, P.A.
Knowledge of Trulieve's loss prevention investigation into Ms. Jordan.

Rachel Alvaro
850-624-4277 (last known number)
Knowledge of Plaintiff's claims and allegations and management response. Also knowledge of allegations of other sexual harassment victims and company response.

Richard Grullion
786-865-2202 (last known number)
Able to confirm delivery experiences with missing files and products.

Tannis Velasco
850-624-2219 (last known number)
Able confirm inappropriate behavior by Christopher Kibler.

Trulieve, Inc. Records Custodian
*c/o* Stearns Weaver Miller, P.A.
Able to produce and authenticate Trulieve's records pertaining to sexual harassment and retaliation claims.

Wendy Groteluschen
850-866-7343 (last known number)
Able to confirm complaints about Christopher Kibler.

Any witness listed on Defendant's Rule 26 disclosures.

2. Pursuant to Rule 26(a)(l)(A)(ii), and subject to and incorporating their Corporate Statement, Plaintiff identifies the following documents and categories of documents, electronically stored information, and tangible things that she may use to support her claims.

a. Complete personnel file for Lauren Jordan.
b. Plaintiff's EEOC charge of discrimination.

c. All correspondence between and among Plaintiff and all Trulieve representatives regarding her employment with Trulieve.
d. Documents relating to Trulieve's investigation of any claims or reports of sexual harassment from Plaintiff or any other employee at that location.
e. Documents relating to Trulieve's Loss Prevention investigation into Plaintiff's activity.
f. Panama City Beach Retail Store delivery manifests for January 2020.
g. Correspondence from Kristin Overman to Christopher Kibler regarding her sexual harassment claims.
h. All documents listed on Plaintiff's 26(a)(1) disclosure.

3. Plaintiff will seek an expert to calculate her economic losses if this case fails to settle at a mediation scheduled for August 10, 2022. Plaintiff will also seek nominal, compensatory and punitive damages in amounts to be determined by the jury. Plaintiff reserves the right to supplement this disclosure under Rule 26(e).

4. Plaintiff has no insurance applicable to this claim.

Respectfully submitted,

*/s/Richard E. Johnson*
Richard E. Johnson, Bar No 858323
LAW OFFICE OF RICHARD E. JOHNSON
rick@rej-law.com
314 West Jefferson Street
Tallahassee, Florida 32301
Telephone: (850) 425-1997
Facsimile: (850) 561-0836

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of August, 2022, a true and accurate copy of the foregoing has been electronically served through the Court's CM/ECF system to all parties of record.

*/s/ Richard E. Johnson*
Richard E. Johnson