IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAUREN JORDAN,

    Plaintiff,

vs.                                      CASE NO.: 4:22-cv-00101-MW-MAF

TRULIEVE, INC.,

    Defendant.

_____/

**MEDIATION REPORT**

The parties to the above cause submitted their issues to mediation on August 10, 2022. All issues have been resolved.

                                          /s/ Jason O'Steen
                                          JASON O'STEEN
                                          Florida Bar No. 52783
                                          **O'STEEN & O'STEEN, P.L.**
                                          2900 East Park Ave.
                                          Tallahassee, Florida 32301
                                          Email: jason@osteenosteen.com
                                          (850) 877-1028
                                          *Mediator*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic email via the CM/ECF System to all counsel of record on this 11th day of August, 2022.

                                            /s/ Jason O'Steen
                                            Attorney